MESERVY LAW, P.C.
LONDON D. MESERVY (SB# 216654)
550 West C Street, Suite 1950
San Diego, CA 92101
Telephone:  (858) 779-1276
Facsimile:   (866) 231-8132
london@meservylawpc.com

THE DENTE LAW FIRM
MATTHEW S. DENTE (SB# 241547)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 550-3475
Facsimile:  (619) 342-9668
matt@dentelaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SB# 190264)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991
brobbins@robbinsarroyo.com

Attorneys for Plaintiff Aaliyah Seifullah
and for Members of the Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH SEIFULLAH, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION AND REGISTRY OF PHYSICIAN SPECIALISTS,<br><br>Defendants. | Case No. 12-CV-01451-MMA-WMC<br><br>**CLASS ACTION**<br><br>**NOTICE OF PLAINTIFF'S UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[NO ORAL ARGUMENT REQUESTED]<br><br>Judge: Hon. Michael M. Anello<br>Courtroom 3A<br>Hearing Date: January 13, 2014<br>Hearing Time: 2:30 p.m. |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on January 13, 2014, at 2:30 p.m., or as soon thereafter as the matter can be heard, in Courtroom 3A of the United States District Court for the Southern District of California, located at 221 W. Broadway, San Diego, California 92101, Plaintiff Aaliyah Seifullah ("Plaintiff") will, and hereby does, move the Court to grant preliminary approval of the parties' proposed class action settlement. Plaintiff's motion is unopposed. Specifically, Plaintiff requests that the Court issue an order: (a) granting preliminary approval of the proposed class settlement; (b) granting conditional certification of the settlement class; (c) authorizing the mailing of the proposed class notice; and (d) scheduling a "fairness hearing" for final approval of the settlement.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Plaintiff makes this motion on the grounds that the proposed settlement is fair, adequate, and reasonable; it is well within the range of possible final approval; and the notice procedures proposed by the parties are adequate to ensure the opportunity of class members to participate in, opt out of, or object to the settlement.

//
//
//
//
//
//
//
//
//
//

- 1 -

1       This motion is based upon this notice of motion and unopposed motion, the accompanying memorandum of points and authorities in support of the motion, the declarations of London D. Meservy, Matthew S. Dente, and Brian J. Robbins and attached exhibits, such evidence and argument of counsel as may be presented at the hearing, the complete files and records in the above-captioned matter, and such additional matters as the Court may consider.

DATED: December 2, 2013
    MESERVY LAW, P.C.
    THE DENTE LAW FIRM
    ROBBINS ARROYO LLP

    s/*London D. Meservy*
    LONDON D. MESERVY

    Attorneys for Plaintiff Aaliyah Seifullah and for Members of the Class and Subclasses

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party of this action. My business address is 550 West C Street, Suite 1950, San Diego, California 92101.

I hereby certify that on December 2, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 2, 2013, at San Diego, California.

                          s/*London D. Meservy*
                          LONDON D. MESERVY