| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH SEIFULLAH, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION AND REGISTRY OF PHYSICIAN SPECIALISTS,<br><br>Defendants. | Case No. 12-CV-01451-MMA-MDD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION AND MODIFYING PRELIMINARY APPROVAL ORDER OF CLASS ACTION SETTLEMENT;**<br><br>[Doc. No. 46]<br><br>**VACATING AND RESETTING FINAL APPROVAL HEARING FOR JUNE 13, 2014** |

      The Court granted preliminary approval of the Joint Stipulation of Class Settlement and Release (the "Settlement") on January 10, 2014. Plaintiff Aaliyah Seifullah, individually and on behalf of the putative class, and Defendant Registry of Physician Specialists, A Medical Corporation, now jointly move the Court for an order modifying the January 10, 2014 Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") to modify the schedule for the administration and final approval of the Settlement set forth in the Preliminary Approval Order. Having read and considered the Settlement and the Parties' joint motion, the Court **GRANTS** the joint motion. Accordingly,

      **IT IS HEREBY ORDERED**:

      The Court's January 10, 2014 Preliminary Approval Order is modified as follows:

      1.    The Final Approval Hearing previously scheduled for May 16, 2014 is hereby **VACATED** and **RESET** for shall be held before this Court on ***June 13, 2014*** at ***2:30 p.m***. in Courtroom 3A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101.

      2.    In accordance with the Settlement and the Parties' Joint Motion, the Court hereby incorporates the following dates for performance into those dates set forth in the Court's January 10, 2014 Preliminary Approval Order:

| | |
|---|---|
| March 18, 2014 | Deadline for Settlement Administrator to mail the Notice to all Class Members. |
| April 1, 2014 | Last day for Class Counsel to file Motion for Attorneys' Fees and Costs. |

| | | |
|---|---|---|
| 1 2 3 | May 2, 2014<br><br>(45 days after mailing of Class Notice) | Last day for Class Members to submit written objections to the Settlement and any notices of intent to appear at the Final Approval Hearing. |
| 4 5 | May 2, 2014<br><br>(45 days after mailing of Class Notice) | Last day for Class Members to submit requests to be excluded from the Settlement. |
| 6 7 8 | May 9, 2014 | Last day for Settlement Administrator to provide the Parties with a declaration of compliance with its obligations under the Settlement. |
| 9 10 | May 16, 2014 | Last day for Class Counsel to file Motion for Final Approval of Settlement. |
| 11 12 13 14 | May 30, 2014 | Last day for filing of any written opposition to Motion for Final Approval of Settlement and/or Plaintiff's request for Attorneys' Fees and Costs, and Class Representative payment, and payment to Settlement Administrator. |
| 15 | June 13, 2014 at 2:30 p.m. | Final Approval Hearing. |

**IT IS SO ORDERED**.

Dated: February 19, 2014

Honorable Michael M. Anello
United States District Judge

- 2 -

12-CV-01451