MESERVY LAW, P.C.
LONDON D. MESERVY (SB# 216654)
550 West C Street, Suite 1950
San Diego, CA 92101
Telephone: (858) 779-1276
Facsimile: (866) 231-8132
london@meservylawpc.com

THE DENTE LAW FIRM
MATTHEW S. DENTE (SB# 241547)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 550-3475
Facsimile: (619) 342-9668
matt@dentelaw.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (SB# 190264)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com

Attorneys for Plaintiff Aaliyah Seifullah
and for Members of the Class and Subclasses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH SEIFULLAH, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION AND REGISTRY OF PHYSICIAN SPECIALISTS,<br><br>Defendants. | Case No. 12-CV-01451-MMA-JLB<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Honorable Michael M. Anello<br>Courtroom: 3A<br>Hearing Date: June 13, 2014<br>Hearing Time: 2:30 p.m. |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT on June 13, 2014, at 2:30 p.m., or as soon thereafter as the matter can be heard, before the Honorable Michael M. Anello in Courtroom 3A of the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California 92101, plaintiff Aaliyah Seifullah ("Plaintiff") will, and hereby does, move the Court for an order approving Class Counsel's[1] request for an award of $90,000.00 in attorneys' fees and at least $8,609.61 in costs[2] as a part of the Settlement reached in this matter.[3] Plaintiff's Motion is unopposed.

This Motion is made pursuant to Rule 23(h) of the Federal Rules of Civil Procedure which requires Court approval of the award of attorneys' fees and costs as a part of the settlement of a class action and on the grounds that: (i) the proposed class settlement is fair, adequate, and reasonable; and (ii) by the time this Motion is heard

---

[1] Unless otherwise noted, all capitalized terms shall have the same definition as set forth in the Joint Stipulation of Class Settlement and Release Between Plaintiff & Defendant ("Settlement") attached as Exhibit 1 to Declaration of London D. Meservy in Support of Preliminary Approval filed December 2, 2013 (ECF No. 41-2).

[2] Any additional costs incurred will be included with Plaintiff's Motion for Final Approval of the Class Settlement which will be filed on or before May 16, 2014, pursuant to the Court's Order Granting Joint Motion and Modifying Approval Order of Class Action Settlement ("Modified Approval Order") entered on February 19, 2014. (ECF No. 47).

[3] This Motion is being filed during the Claim Period in order to ensure that all Class Members have the opportunity to review the basis for Class Counsel's claim for attorneys' fees and costs during the time period in which they may object to the Settlement as required by the Ninth Circuit Court of Appeals in *In Re Mercury Interactive Corp. Securities Litigation*, 618 F.3d 988 (9th Cir. 2010). A proposed order granting Plaintiff's request for attorneys' fees and costs will be submitted with Plaintiff's Motion for Final Approval of Class Settlement.

- 1 -

1  all Class Members will have been given the opportunity to participate in, opt out of, or
2  object to the Settlement including the award of attorneys' fees and costs thereunder.
3        This Motion is based upon this Notice of Motion and Unopposed Motion and
4  the accompanying Memorandum of Points and Authorities in Support of the Motion
5  and the supporting Declarations of London D. Meservy, Matthew S. Dente, and Brian
6  J. Robbins filed herewith, such evidence and argument of counsel as may be presented
7  at the hearing, the complete files and records in the above-captioned matter, and such
8  additional matters as the Court may consider.

DATED: April 1, 2014

MESERVY LAW, P.C.
THE DENTE LAW FIRM
ROBBINS ARROYO LLP

s/London D. Meservy
Attorney for Plaintiff Aaliyah Seifullah
E-mail: london@meservylawpc.com