1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH SEIFULLAH, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION AND REGISTRY OF PHYSICIAN SPECIALISTS,<br><br>Defendants. | Case No. 12-cv-01451-BAS(JLB)<br><br>**ORDER** |

The Court granted preliminary approval of the Joint Stipulation of Class Settlement and Release (the "Settlement") on January 10, 2014. This action was recently transferred to this Court before final approval of the Settlement. Accordingly, the Court **ORDERS** the following briefing schedule: Class Counsel shall file any Motion for Final Approval of Settlement on or before **May 16, 2014**. Any written opposition to the Motion for Final Approval of Settlement and/or Plaintiff's request for Attorneys' Fees and Costs, and Class Representative payment, and payment to Settlement Administrator shall be filed on or before **May 30, 2014**. The Final

13cv849

1    Approval Hearing will be held in Courtroom 4B on **June 23, 2014** at **10:30 a.m.**

2         **IT IS SO ORDERED.**

3

4    **DATED:  May 16, 2014**

5                                                                 *Cynthia Bashant*
                                                          **Hon. Cynthia Bashant**
6                                                          **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28