1   MESERVY LAW, P.C.
    LONDON D. MESERVY (SB# 216654)
2   550 West C Street, Suite 1950
    San Diego, CA 92101
3   Telephone: (858) 779-1276
    Facsimile:  (866) 231-8132
4   london@meservylawpc.com

5   THE DENTE LAW FIRM
    MATTHEW S. DENTE (SB# 241547)
6   600 B Street, Suite 1900
    San Diego, CA 92101
7   Telephone: (619) 550-3475
    Facsimile:  (619) 342-9668
8   matt@dentelaw.com

9   ROBBINS ARROYO LLP
    BRIAN J. ROBBINS (SB# 190264)
10  DIANE E. RICHARD (SB# 204897)
    600 B Street, Suite 1900
11  San Diego, CA 92101
    Telephone: (619) 525-3990
12  Facsimile:  (619) 525-3991
    brobbins@robbinsarroyo.com
13  drichard@robbinsarroyo.com

14  Attorneys for Plaintiff Aaliyah Seifullah
    and for Members of the Class

15

16                UNITED STATES DISTRICT COURT

17            SOUTHERN DISTRICT OF CALIFORNIA

18  AALIYAH SEIFULLAH,                  | Case No. 12-CV-01451-BAS-JLB
    Individually and on Behalf of Other |
19  Members of the Public Similarly     | **CLASS ACTION**
    Situated,                           |
20                                      | **NOTICE OF MOTION AND
          Plaintiff,                    | PLAINTIFF'S UNOPPOSED MOTION
21                                      | FOR FINAL APPROVAL OF CLASS
          v.                            | ACTION SETTLEMENT AND
22                                      | APPLICATION FOR AWARD OF
    CALIFORNIA DEPARTMENT OF            | ATTORNEYS' FEES AND COSTS,
23  CORRECTIONS &                       | CLASS REPRESENTATIVE'S
    REHABILITATION AND                  | ENHANCEMENT PAYMENT, AND
24  REGISTRY OF PHYSICIAN               | PAYMENT TO SETTLEMENT
    SPECIALISTS,                        | ADMINISTRATOR**
25                                      |
          Defendants.                   | [NO ORAL ARGUMENT REQUESTED]
26                                      | Judge:  Hon. Michael M. Anello
                                        | Courtroom:  3A
27                                      | Hearing Date:  June 13, 2014
                                        | Hearing Time:  2:30 p.m.
28

1  TO THE COURT AND ALL INTERESTED PARTIES:

2       PLEASE TAKE NOTICE THAT on June 13, 2014, at 2:30 p.m., or as soon

3  thereafter as the matter can be heard, before the Honorable Michael M. Anello in

4  Courtroom 3A of the United States District Court for the Southern District of

5  California, located at 221 W. Broadway, San Diego, California 92101, plaintiff

6  Aaliyah Seifullah ("Plaintiff") will, and hereby does, move the Court for an order

7  granting final approval of the Plaintiff and defendant Registry of Physician

8  Specialists, A California Medical Corporation's proposed class action settlement.

9  Specifically, Plaintiff respectfully requests that the Court issue an order (i) granting

10  final approval of the Settlement; (ii) approving distribution of the settlement funds to

11  the Participating Class Members and the California Labor & Workforce Development

12  Agency; (iii) approving Class Counsel's request for an award of $90,000 as an award

13  of attorneys' fees and $8,782.08 in costs; (iv) approving the request for a $7,500

14  enhancement payment for the named Plaintiff; (v) and approving payment of $9,100

15  to CPT Group, Inc. for settlement administration fees and costs.  Plaintiff's Motion is

16  unopposed.

17       This Motion is made under Rule 23(e) of the Federal Rules of Civil Procedure.

18       Plaintiff makes this Motion on the grounds that the proposed Settlement is fair,

19  adequate, and reasonable and that all Class Members have been given the opportunity

20  to participate in, opt-out of, or object to the proposed Settlement.  No Class Member

21  has objected to the Settlement.

22       The Motion is based upon this notice of motion and unopposed motion for final

23  approval of class action settlement, the accompanying memorandum of points and

24  authorities and declarations of London D. Meservy, Matthew S. Dente, Diane E.

25  Richard, and Julie Green, and attached exhibits thereto, in support of Motion, such

26  evidence and argument of counsel as may be presented at the hearing, and the

27  complete files and records in the above-captioned matter-including the Motion for

28

- 1 -

1  Attorneys' Fees and Costs (Dkt. No. 49) and the accompanying memorandum of

2  points and authorities (Dkt. No. 49-1) and declarations of London D. Meservy (Dkt.

3  No. 49-4), Matthew S. Dente (Dkt. No. 49-3), and Brian J. Robbins (Dkt. No. 49-2),

4  and attached exhibits thereto, in support of the Motion for Attorneys' Fees and Costs,

5  and the Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 41)

6  and the accompanying memorandum of points and authorities (Dkt. No. 41-1) and

7  declarations of London D. Meservy (Dkt. No. 41-2), Matthew S. Dente (Dkt. No. 41-

8  4), and Brian J. Robbins (Dkt. No. 41-5), and attached exhibits thereto, in support of

9  the Motion for Preliminary Approval of Class Action Settlement, and such additional

10  matters as the Court may consider.

11  DATED: May 16, 2014                           MESERVY LAW, P.C.
                                                  THE DENTE LAW FIRM
12                                                ROBBINS ARROYO LLP

13

14                                                *s/ London D. Meservy*
                                                  LONDON D. MESERVY
                                                  Attorneys for Plaintiff Aaliyah Seifullah
15                                                and for Members of the Class
                                                  E-mail: london@meservylawpc.com
16

17

18

19

20

21

22

23

24

25

26

27  956585

28
                                    - 2 -