UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AALIYAH SEIFULLAH, Individually and on Behalf of Other Members of the Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>Defendants. | Case No.  12-cv-01451-BAS(JLB)<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND COSTS, CLASS REPRESENTATIVE'S ENHANCEMENT PAYMENT, AND PAYMENT TO SETTLEMENT ADMINISTRATOR**<br><br>(ECF NO. 52) |

Presently before the Court is the Unopposed Motion for Final Approval of Class Action Settlement and Application for Award of Attorneys' Fees and Costs, Class Representative's Enhancement Payment, and Payment to Settlement Administrator ("Motion for Final Approval") filed by plaintiff Aaliyah Seifullah ("Plaintiff").  In the Motion for Final Approval, Plaintiff seeks final approval of the Joint Stipulation of Class Settlement and Release ("Settlement") entered into between Plaintiff, individually and as a class representative of all individuals

1   defined as "Participating Class Members" in the Settlement, and defendant
2   Registry of Physician Specialists, A California Medical Corporation ("Registry")
3   (collectively, with Plaintiff, the "Settling Parties"), and approval of Plaintiff's
4   application for an award of attorneys' fees and costs, class representative's
5   enhancement payment, and payment to the settlement administrator.
6         On June 23, 2014, a hearing was held on the Motion for Final Approval
7   ("Final Approval Hearing").  Prior to the hearing, due and adequate notice had
8   been given to the Class Members as required by Judge Anello's order granting
9   preliminary approval of the Settlement ("Preliminary Approval Order") (ECF No.
10  44) dated January 10, 2014, and Judge Anello's Order Granting Joint Motion and
11  Modifying Approval Order of Class Action Settlement ("Modified Approval
12  Order") (ECF No. 47) dated February 19, 2014 (collectively, the "Preliminary
13  Approval Order").
14        Having held the Final Approval Hearing after due and adequate notice was
15  provided to Class Members, and having considered the papers on the Motion for
16  Final Approval, the Settlement, and the record and proceedings herein, and having
17  determined that the Settlement is fair, adequate, and reasonable, and otherwise
18  being fully informed, the **GRANTS IN PART** Plaintiff's Motion for Final
19  Approval (ECF No. 52) as follows: The Court **GRANTS** Plaintiff's motion for
20  final approval of the Settlement, and application for class representative's
21  enhancement payment, and payment to settlement administrator, but **RESERVES**
22  Plaintiff's application for an award of attorneys' fees and costs, pending additional
23  information justifying the amount of the application being provided to the Court by
24  Class Counsel as instructed during the Final Approval Hearing.  The Court will
25  issue a separate order on the application for an award of attorneys' fees and costs
26  after it receives the additional information from Class Counsel.
27  ///
28  ///

The Court further **ORDERS** as follows:

1. All terms used herein shall have the same meaning as given them in the Settlement.

2. The Court has jurisdiction over the subject matter of this proceeding and over all Settling Parties to this proceeding, including all members of the Class.

3. The Court hereby unconditionally certifies the Class, as set forth in the Settlement, for purposes of this Settlement only.

4. Distribution of the Class Notice directed to the Class Members as set forth in the Settlement has been completed in conformity with the Preliminary Approval Order, including individual notice to all Class Members who could be identified through reasonable effort, and the best notice practicable under the circumstances. The Class Notice provided due and adequate notice of the proceedings and of the matters set forth in the Preliminary Approval Order, including the proposed Settlement. The Class Notice provided adequate and appropriate notice to all persons entitled to such Class Notice and therefore fully satisfied due process requirements. All members of the Settling Class are covered by and included within the Settlement and within this Final Approval Order.

5. The Court hereby finds that the Settlement was entered into in good faith and further finds that the Settlement is fair, reasonable, and adequate, and that Plaintiff has satisfied the standards and applicable requirements for final approval of the Settlement under Rule 23 of the Federal Rules of Civil Procedure and California law.

6. The Court hereby approves the Settlement and finds that the Settlement is, in all respects, fair, adequate, and reasonable, and directs the Settling Parties to effectuate the Settlement according to its terms. The Court finds that the Settlement has been reached as a result of intensive, serious, and non-collusive arms-length negotiations. In granting final approval of the Settlement, the Court considered the nature of the claims, the amounts and kinds of benefits in similar

1 settlements, the allocation of settlement proceeds to the Class Members, and the
2 fact that a settlement represents a compromise of the Settling Parties' respective
3 positions rather than the result of a finding of liability at trial.  Additionally, the
4 Court finds that the terms of the Settlement have no deficiencies and do not
5 improperly grant preferential treatment to any individual Class Member.  The
6 Court also finds that the Class has been properly certified for settlement purposes
7 only.

8     7.    Up to and including the date of this Final Approval Order, each Class
9 Member who did not timely opt out of the Settlement is and shall be deemed to
10 have conclusively released each and every claim released in the Settlement against
11 Registry.  Except for such rights or claims that may be created by the Settlement,
12 all Class Members as of the date of this Final Approval Order who did not timely
13 opt out of the Settlement are hereby forever barred from prosecuting any of the
14 claims released in the Settlement against Registry.

15     8.    The Settlement does not constitute an admission by Registry of
16 liability to Plaintiff or any Class Member, nor does this Final Approval Order
17 constitute a finding by the Court of the validity of any of the claims alleged in this
18 Action, or any liability of Registry.

19     9.    The Court hereby finds the Gross Payment of $300,000 provided for
20 in the Settlement to be fair, reasonable, and adequate.

21     10.    The Court hereby confirms London D. Meservy of Meservy Law,
22 P.C., Matthew S. Dente of The Dente Law Firm, and Brian J. Robbins of Robbins
23 Arroyo LLP as Class Counsel.

24     11.    Upon issuance of a Court order determining the award of attorneys'
25 fees and costs to Class Counsel, the Court orders CPT Group, Inc. ("CPT") to
26 distribute the Net Aggregate Settlement Amount including the payment of
27 Participating Class Members' Final Gross Settlement Award and the payment of
28 applicable taxes, in accordance with the terms of the Settlement.

1    12.    The Court hereby confirms Plaintiff as the Class Representative and orders payment of $7,500 to Plaintiff for her service as Class Representative. The payment of the Class Representative's enhancement shall be made in accordance with the terms of the Settlement.

13.    The Court approves the settlement of claims under the California Labor Code Private Attorneys General Act ("PAGA"), California Labor Code §2698, *et seq.*, and the allocation of $3,000 from the Gross Payment to the California Labor & Workforce Development Agency ("LWDA") as the LWDA's share of the Settlement attributable to civil penalties under the PAGA. The payment of the Class Representative's enhancement shall be made in accordance with the terms of the Settlement.

14.    The Court further approves the payment of $9,100 to CPT for the fees and costs of administering the Settlement as set forth in the Settlement. The payment authorized by this paragraph shall be made in accordance with the terms of the Settlement.

15.    If the Settlement does not become final and effective in accordance with its terms, this Final Approval Order and all orders entered in connection herewith, including the Judgment on this Order, shall be vacated and shall have no further force or effect.

**IT IS SO ORDERED.**

**DATED:  June 27, 2014**

Hon. Cynthia Bashant
United States District Judge